USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/20/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND TUCKER ST. PROPERTY, LLC, REDEMPTION, LLC, and WESTFAIR, LLC,

Plaintiffs,

V.

KAREN PUPOVIC and ISMET PUPOVIC,

Defendants.

7:25-cv-06336 NSR

---

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw its Emergency Motion for a Preliminary Injunction and Temporary Restraining Order filed at ECF No. 3.

August 19. 2025

_____
RODERICK D. WOODS, ESQ.
Roderick D. Woods, P.C.
Attorney for Plaintiffs
880 Third Avenue
Fifth Floor
New York, New York 10022
(212) 653-8754 (Tel.)
(212) 656-1555 (Fax)
Roderick.woods@rdw-law.com

**The Court VACATES the Order to Show Cause at ECF No. 9. Plaintiffs are instructed to serve Defendants with this endorsement and file proof of service on the docket. The Court reminds Defendants to file an appearance on the docket by August 21, 2025 as instructed at ECF No. 9. The Clerk of Court is directed to terminate the motion at ECF No. 3.**

**Dated: August 20, 2025
White Plains, New York**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge